Decided July 5, 2001

## RICHARD AUSTIN *v.* COMMISSIONER OF CORRECTION

The petitioner Richard Austin's petition for certification for appeal from the Appellate Court, 61 Conn. App. 547 (AC 19524), is denied.

ZARELLA, J., did not participate in the consideration or decision of this petition.

*David E. Crow, Jr.*, in support of the petition.

*John A. East III*, assistant state's attorney, in opposition.

Decided July 10, 2001